

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2019

No. 04-19-00543-CV

Elsa **PRADO**, Individually and as Representative of the Estate of Rolando Prado, Jr., Deceased, and as Next Friend of A.P., Minor; Elizabeth Prado; Rolando Prado; and Maria Prado, Appellants

v.

**LONESTAR RESOURCES, INC.** and Ezra Alderman Ranches, Inc., Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 16-07-00095-CVL
Honorable Susan D. Reed, Judge Presiding

## O R D E R

Appellants' motion to consolidate is granted. We order cause number 04-19-00729-CV consolidated into cause number 04-19-00543-CV. The appeals will proceed as one case under cause number 04-19-00543-CV. The issues are to be argued together in one brief, and if oral argument is requested and granted, the entire case must be argued as a single appeal. The court will dispose of the case in one opinion, judgment, and mandate.

We order the clerk of this court to ensure that copies of all filings and correspondence in cause number 04-19-00729-CV is transferred to cause number 04-19-00543-CV. The clerk is further ordered to administratively close cause number 04-19-00729-CV.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2019.



Michael A. Cruz,
Clerk of Court